UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT STEPHENS | : | CIVIL NO. 3:14CV01701 (VAB) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | | |
| UNIVERSITY OF CONNECTICUT, | : | |
| *Defendant* | : | March 30, 2016 |

## PROTECTIVE ORDER

The disclosure of education records shall adhere to the following conditions:

1. Use of this information is limited to the present lawsuit by Robert Stephens against the University of Connecticut, Civil No. 3:14 CV01701 (VAB).

2. Access to this information is limited to Stephens, his attorneys, and any expert hired to assist Stephens at trial.

3. Records of students used in this case, including in discovery and at trial, will be limited solely to those relevant to this matter.  All personally identifiable information of such students shall be redacted to the fullest extent possible.

4. None of the disclosed information is to be photocopied, except to provide one copy to plaintiff's counsel and one copy to be marked for use at any depositions as needed.  Any application to the Court by motion or otherwise that seeks to utilize this information as an exhibit shall provide that the exhibit(s) is filed under seal and not posted on the Judicial

website, or in the alternative, that all student identifying information is fully redacted from the exhibit.

5. All of the disclosed and redacted information shall be returned to University of Connecticut at the conclusion of the lawsuit.
6. Consistent with 20 U.S.C. §1232g(b)(2)(B), Defendant must notify parents and students, as appropriate, before complying with this Order.

SO ORDERED, on April 1, 2016

/s/ Victor A. Bolden
United States District Judge